DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY HARTMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0977

[July 2, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 02-006875-CF10A.

Timothy Hartman, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Wainwright v. State*, 2025 WL 1561151, at *5 (Fla. 2025) (even if *Erlinger v. United States,* 602 U.S. 821 (2024), constitutes a change of law, it does not apply retroactively).

CIKLIN, GERBER and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***